# EXHIBIT

# D



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

Report

of

Allstate 0580027258 a/s/o Macaluso v Apple


Prepared


February 14, 2022

For


Joe McGlynn
de Luca Levine
Three Valley Square
Suite 220
Blue Bell, PA 19422




Via Email:

jmcglynn@delucalevine.com


Prepared

by

Mike Eskra, CFEI, CVFI, CFII 16215-9447

Eskra Technical Products, Inc.



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Assignment**
Mike Eskra was asked to review CT scans and attend a lab exam to determine whether an Apple I-Pad could be causal in fire that occurred on March 2, 2020 at the Macaluso residence.

**Procedure**
Utilizing the scientific method and following NFPA 921 Mike Eskra reviewed the CT scans and attended a lab exam on June 25, 2020 where the iPad, stove and counter top were inspected. ETP acquired iPad 7th generation and monitored basic operation and battery management.

In the preparation of this report the following depositions and information was utilized in the development of the opinions presented in the conclusion.

- Deposition of Michael Macaluso with exhibits
- Dingman Township Volunteer Fire Department Report
- Pennsylvania State Police Jeffery Winters Report
- Winters Photos
- Jeffery Winters Deposition
- CT Scans
- Mark Obrien Deposition
- Declaration of M. Tiger
- Dingman Fire Department Report
- ETP Testing of IPAd
- Lab exam Photos of June 24 2020
- Apple's Initial Disclosures
- Def Apple's Objections & Responses to Plaintiff's First Set of Requests for Prod. of Docs
- Def Apple's Objections & responses to Plaintiff's First Set of Interrogatories
- Plaintiff's Request for Production of Documents to Defendant, Apple (Set 1)
- Plaintiff's Interrogatories Addressed to Defendant, Apple (Set 1)
- Nineteen (19) documents produced by Apple (Schematics, electronics, etc.)

**Lithium Batteries**
Some background on lithium-ion cell chemistry, battery construction and pack construction will assist in understanding the balance of our analysis of the battery cells.

Batteries have unique characteristics of operation which allow them to be used under a wide range of operational conditions.  Under normal operation, most users find them to be rather ubiquitous, and embedded in their daily lives.



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

Typically, cells are made in a configuration, where the negative is made up of a thin copper foil with negative active material that is primarily graphite, applied on both sides, and the positive is made up of a thin aluminum foil with positive active material, which is a metal oxide, applied on both sides. These two electrodes have a layer of separator installed between them and, in the case of cylindrical cells, are rolled tightly, then installed into a can, with electrical connections being made to the can for negative and the cap for positive. Flat wound cells are assembled in the same way, but in a flat configuration, while "pouch" cells contain flat layers. Flat wound and pouch cells do not contain any mechanical safety mechanisms, such as a Positive Temperature Coefficient device (PTC), or a Current Interrupt Device (or CID) commonly found in cylindrical cells.

Battery cells and packs react and look differently when they are attacked by fire rather than being causal to the fire. Lithium-ion batteries may experience a rapid rise in temperature, commonly called a thermal runaway. Thermal runaway can be caused by either an internal short circuit (manufacturing defect, or lithium dendrite formation) and/or overheating of the Li-ion cell (typically from exposure to temperatures above 60° C) over discharging below a specific level, or cold charging of cells that are below or near their freezing point.

When a cell enters thermal runaway, its temperature increases rapidly.  Depending on the cell's particular chemistry and level of charge, a cell in thermal runaway can reach temperatures high enough to allow the aluminum cathode current collector, to melt and vent with the electrolyte, and possibly form thermite and/or explode.  Thermite is a high temperature reaction that occurs when the cathode metal oxide decomposes to the base metal, such as cobalt, nickel or iron and reacts with the vaporized aluminum. The reaction is highly exothermic, releasing a large quantity of heat into the area of origin and forcing further thermal runaway of other adjacent cells.  A characteristic of thermal runaway is that this failure mode will tend to propagate from one cell to the next in the battery pack, leading to catastrophic failure, where a second cell's thermal runaway provides the fuel for further fire propagation.

Cells in a battery pack are in close proximity to one another.  If thermal runaway occurs in a single cell, the thermal management system must be able to absorb that heat and prevent adjacent cells from entering thermal runaway in order to prevent a fire or explosion.



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Battery and Cell Typical Failure Modes**

Any event which can lead to increased cell pressure is of concern, since the electrolyte is a mixture of flammable solvents and a toxic salt material.  For safe operation of lithium-ion cells, it is a requirement that overcharge or over discharge be avoided. Overcharge is that point where the application of additional charging current can lead to degraded cell life, or in more extreme cases, a safety hazard.  It manifests itself as a battery voltage on charge, higher than a pre-specified safety limit (typically 4.15 to 4.20 V / cell for most consumer Li-ion cells).  Over discharge is typically considered to occur below 2.75 to 3.0 Volts depending upon cell design. Both overcharge and over discharge create byproducts that are not reversible, are irreparable and the damage done is accumulative and does not recombine back into the cell.

The electrolyte within the cell is composed of flammable solvents which can also decompose if the cell voltage is sufficiently high. Overcharge can lead to plating of lithium metal on the anode, which can lead to the development of metallic electrical shorts within the cell. If the short is sufficiently well-developed, it can lead to an extremely fast discharge current within the cell. This rapid discharge current will lead to a rapid increase in cell temperature, release of flammable solvents ("venting"), and possibly fire. With certain cathode materials, overcharge will also cause the release of gaseous oxygen. This combination of flammable solvents, oxygen, and gas pressure can lead to an explosive event.

The decomposition reactions are well documented. For instance, E. Peter Roth and G. Nagasubramanian of Sandia National Laboratories did a detailed thermal degradation study in 1999, on Sony's lithium-ion technology, which is the baseline of the industry.  While significant time has passed since this study was published, the data is still relevant and the decomposition reactions still occur.

Over discharge or charging of flat or depleted batteries after an extended stand or self-discharge can produce several reactions that should be mitigated. As a cell voltage drops, degradation begins. First the Solid Electrolyte Interface (SEI) layer begins to decompose releasing excess lithium and carbonates that had been consumed during the initial formation. Recharging of these components can create plating and rupture of the separators causing shorting.  As the cell voltage decreases and approaches 0 volts the copper anode current collector begins to dissolve and go into the solution of the electrolyte. Upon recharging the copper and lithium will try to reform. The issue becomes; the surface of the SEI layer of the anode is no longer uniform, due to the decomposition products and several shorting scenarios can occur.



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

Another critical issue usually occurs when cells in a battery pack are not matched at the time of manufacture, or become disparate in performance due to aging or poor thermal management while the battery management does not mitigate the differences. Under this scenario, it is highly probable, for instance, that a weak cell is reversed and copper plating occurs in a series arrangement. This causes a completely shorted cell to become a heating element surrounded by flammable decomposed electrolyte gases.

Accelerated Rate Calorimetry (ARC) studies indicate that the cathode material, cobalt oxide, becomes much more unstable when the battery is at full state of charge. It has a significant lowering of initiation temperature and an increase in overall exothermic energy compared to its state when the battery is nearly discharged.

Discussions with separator manufacturers and developers, relating to the long-term stability of commercial lithium-ion separators in batteries held at full state of charge, tell of degradation via discoloration and cracking, leading to shorting, even though the batteries are not being cycled via charging and discharging.

A significant event can occur when one cell shorts in a parallel array.  When one cell shorts, the other cells will discharge at a high rate to maintain parallel cell voltage.  These phenomena can lead to overheating of all cells in the parallel string.  Upon venting of one of the cells, thermal runaway will propagate throughout all adjacent cells in the battery pack unless significant thermal protection is provided.  The larger number of cells in parallel, the greater the potential for a significant thermal runaway event to occur.  This has been documented by several organizations, most notably NASA. Unfortunately, that thermal and electrical isolation is not present in most consumer electronics.

Sandia National Laboratories, with cooperation from LG Chem, through its American affiliates, have been studying the effects of internal shorts and the subsequent cell propagation through battery packs under DOE funding. The data shows that many times, the cell that shorted and caused the chain reaction, may have less damage than subsequent cells that were involved in the reaction.  Each cell, as it vents, feeds the fire, venting flammable reagents, at high pressure, into the existing flames.

If a cell in a battery pack develops an internal short, other cells, that have been put into series with it, may experience high charging voltages.  It is necessary that the battery pack designer and charger manufacturer work together to detect such an issue and have the ability to completely



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

stop charging and render the battery useless. It is critical that a battery management system monitor and react to failing cells.

As set forth above, cell failures can occur either through external sources such as overheating through operation, fire, or can also occur through manufacturing defect or failure due to degradation of materials due to cycling or other aging factors. See **Appendices A and B**.

**Analysis of the Artifacts and Exemplars**
The fire was called in at approximately 11:46 AM. An Apple iPad was plugged in at approximately 8:10 AM. The iPad was fully discharged when it was plugged in. At the time it was believed to be a 7th generation iPad but it was later found that it may be another generation.

The iPad and other electronics were collected and placed on a tray by the fire marshal prior to be being collected. **Figure 1** shows the remnants of the iPad, charger and what is believed to be a Fire Stick as first viewed at the lab exam. Note that the circuit board for the Fire Stick is mostly intact even though the surrounding plastic of the device has been burned off. In contrast the iPad has significant damage.



**Figure 1.** iPad Remains along with Fire Stick

6



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

A Ct scan was performed on this artifact prior to any destructive analysis. **Figure 2** shows a close-up CT scan slice of the battery and circuit board of the Fire Stick. The center of the image shows that the battery is a common Alkaline AA and that its contents has boiled out. Note that the circuit board of the Fire Stick still has many of its components and traces apparent. The surrounding area in the image are the remains of the iPad.





**Figure 2.** CT Slice of Battery and Fire Stick Circuit Board



2595 County Rd I, Saukville, WI 53080     560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Figure 3** shows the remains of the iPad as collected after the Fire Stick was removed. There is significant damage to the circuit board and batteries. The batteries are the two larger masses in the image. Note that the upper right edge of the left battery is missing mass and is rather rounded off rather than coming to a 90º corner.





**Figure 3.** CT Image of iPad Remains



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Figure 4** shows a cross section of the battery cells of the iPad. Note that the cell on the left that had mass loss described in the previous image has consistent electrode windings that appear continuous up until the right edge of the cell where the electrode is fragmented. The cell on the right is slightly overlapping the corner of the left cell starts out continuous and then about a quarter of the way in becomes fragmented until about half way where the electrodes become continuous again. An overall review of the CT scan also shows that the battery was not subjected to abnormal or physical abuse by the user.



**Figure 4.** Shows Cross Section of Battery Cells



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Figure 5** is an image of the cell on the right. The contrast has been adjusted to show an area of the cell where it highly probable that an internal short developed. The byproducts generated pushed and severed the electrodes to allow for expanding gases and heat. This is a very localized short that can not be attributed to external heating such as by attack by fire. The location of the short is approximately half way from top to bottom and about a quarter of the way in from the edge of the cell that would be in the center of the iPad.



**Figure 5**. Cell, Right Side

In **Appendix C**, ETP tested both 7th generation iPads and 2nd generation. The testing shows that the iPad allows recharging of near zero-volt cells. Typically, the iPad battery operates between 4.15 volts and approximately 3.1 volts. The iPad will shut off when the battery voltage reaches 3.1 volts. The testing showed that is the device is left uncharged for an extended amount of time or if normal aging has increased self-discharge due to soft shorting the cells can be driven to lower voltages or even zero volts. It was also found that even though the iPads have 2 or three



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

cells in parallel that they are electrically isolated at the battery management board so that if a cell fails early via soft shorting the only affect is reduced run time for the user. This however does not stop the device from allowing charging of the weakened cell. The recharging of a severely depleted cell can cause thermal runaway due to internal shorting.

**Conclusion**
The Macaluso fire was caused by a shorting cell in an Apple iPad. The iPad and cells were severely damaged. CT images show that a localized internal short developed that is not consistent with external fire attack. The most probable cause based upon usage is aging. An alternative is the subsequent run down of the battery to below 1 volt and subsequent recharging increasing the probability of a thermal runaway.

The findings of Mike Eskra and Eskra Technical Products, Inc. are either matters of fact or professional opinions, formulated within a reasonable degree of engineering certainty, based on the information and evidence available at the time of the evaluation. We reserve the right to modify our opinions as new information becomes available.

Report prepared by:



Michael D. Eskra
CFEI, CFII, CVFI

11



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

## Appendix A

### Forensic Analysis of Lithium-ion Cells Involved in Fires
Rodney LaFollette and Michael D. Eskra
Eskra Technical Products
Saukville, WI

#### Introduction

Fire investigators are often called upon to assess fires, their causes and factors that contributed to their spread. Competent investigators employ a framework that has been developed for analysis of fires (see for example Reference 1). Forensic data from the fire scene are carefully examined, and based on the physical evidence and knowledge of the physics and chemistry of fires and structures, the origin and pathway of the fire can often be determined. Investigators can frequently determine the actual cause of fire, depending on the available evidence. The investigative framework is systematic and careful, and if followed can be used to determine what led to the fire initiation and propagation.

Batteries are often involved in fires and it is often important to ascertain the role(s) batteries haver played (2). Batteries are highly energetic systems that store energy in the chemical bonds of its reactants. As a battery discharges that chemical energy is converted into electrical energy, and electrical current passes through the load connected to the battery. The reverse process takes place during charge in the case of secondary (rechargeable) batteries. When battery cells are properly made and not abused, they operate safely. If, however a cell is made with defects (such as internal shorts), it can become unsafe when operated. Furthermore, an initially healthy cell can be damaged if abused, such as through mechanical impact, poor battery management or severe heating. The damage can lead to rapid deterioration of the cell and consequent evolution of heat. In some cases, the cell goes into thermal runaway, which causes it to produce more heat, some of which is absorbed by nearby objects (such as neighboring cells). Sometimes a cell that is in trouble can be the cause of the fire; other times it is damaged being a victim of a causal cell such as when an entire battery pack has been abused.

Just as with the fire in general, investigators need a framework for analyzing batteries in the aftermath of a fire. That framework must follow NFPA 921 and the scientific method. The process must be systematic, reliant on collection and careful analysis of forensic evidence, and based on the scientific method of inquiry. The purpose of this paper is to present such a framework. The approach outlined has been applied successfully to many fires involving batteries.

#### Methodology for Analysis of Role of Batteries in Fires

The primary objective of an investigator examining batteries in a fire, is to determine whether a cell has or cells have been causal or attacked by fire. A secondary purpose is to assess what the battery may have contributed to the propagation of the fire, whether the battery is causal or a victim. The investigation needs to be performed in a systematic manner (3). Jumping or skipping steps could lead to erroneous conclusions.

A battery investigation is most commonly a subset of the larger fire investigation. A primary purpose of the broader fire investigation is to determine the area of origin of a fire. If needed, the battery investigator should lend his or her abilities and analysis into the larger fire investigation.



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

After the area of origin has been determined, the collection of the battery cells[1] in the area of origin should be performed, noting their locations of retrieval. Ideally the cells will not have been moved until investigators have been able to map their locations. Often though, cells will have been moved through fire department suppression or overhaul of the fire scene.

The next step is to identify whether a cell is causal to, or victim of, a fire. This is done by viewing the remains of the cells visually. This is also done in the broader fire investigation in an analogous fashion. A cell though is of course much smaller, and different analytical techniques are used to see what the interior of a cell looks like. This leads to the use of microscopic and/or x-ray or other diagnostic techniques to examine the cell (4).

Lithium-ion (Li-ion) cells are increasingly involved in battery fires, though other cell chemistries are also involved, such as nickel-metal hydride (Ni-MH), nickel-cadmium (Ni-Cd), and lead-acid (LA). Li-ion cells come in a variety of constructions, including cylindrical (Figure 1), pouch (Figure 2), prismatic (Figure 3) and coin cells (5,6).



Figure 1. Lithium Cylindrical Cell Structure.



Figure 2. Lithium Pouch Cell Structure.

---

[1] The term "battery" usually refers to multiple individual cells in some combination of series/parallel connections. This is done to achieve the desired battery voltage and current (and/or capacity). In practice a single cell is also called a battery. In a battery fire there are usually multiple cells from one or more batteries that must be examined, together and individually.

13



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



Figure 3.  Lithium Prismatic Cell Structure.

Cylindrical cells are pressure vessels, as are prismatic cells, that their containers are rigid except at very high temperature and/or pressure.  The terms "pouch cell" and "prismatic" cell are sometimes used interchangeably in the literature.  Strictly speaking we consider a prismatic cell to have a rigid container, usually metallic, while the pouch cell has a weaker container, usually a metal/polymer film composite.  The pouch cell usually operates at a lower maximum pressure than the prismatic cell.

The physics and chemistry of failure of the different cell types are similar; however, the geometric differences lead to variation in the sequence of events.  A discussion of cylindrical cell failure characteristics is first presented.  We then build on the discussion of cylindrical cells as the failure modes of pouch/prismatic[2] cells will be given, by way of comparison and contrast.

Cylindrical Cells
A cylindrical cell is generally surrounded in a flat bottom metal container, that has a vent on the positive end. A schematic drawing of the structure of a cylindrical cell is shown in Figure 1.  The core of the cell consists of layers of cathode, separator and anode, wrapped together  to form a spirally-wound "jellyroll."  The cell is placed in a cylindrical battery container usually made from nickel-plated steel (6).  The electrodes have tabs (not shown) which after cell wrapping are aligned, and are connected to current collectors.  Electrolyte is injected into the cell, and is largely held in the separator and pores of the electrodes.  Cells have a safety vent, to release gas from the cell if the internal cell pressure becomes too high.  The venting pressure varies with the manufacturer and have been found to vary from 150 to 400 psi (7).

The damage varies with the state of charge of the battery cell or pack at the time of the fire (8,9,10). Cylindrical cells when attacked by a fire will show rounded flat negative ends compared to the normal flat bottoms (11,12). In addition, the jelly roll will slide towards the end of the battery with cell vents (13). This is caused by the generation of decomposition products of the heating (4,14,15) and subsequent shorting through the outer layers of the jelly roll. The reaction rate may vary but due to the larger area of initial shorting (induced by melting of the outer layers of separator), the current density of the short is much lower than that resulting from penetration of the separator by a small pointed object (16). These localized shorts often lead to

_____
[2] In this document, we will discuss the two cell types together, due to the similarity in cell structure.



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

thermal runaway of the cell, and this can cause a battery fire.

The rounding and subsequent venting of cells is driven by changes in the enthalpy of the chemical reactions.  The generation of pressure is described by the Ideal Gas Law[3],

$$PV = nRT \tag{1}$$

Where P is the pressure, V is the gas volume inside the container, n is the number of moles of gas, R is the ideal gas constant, and T is the temperature. As a cell shorts the of energy released will cause and increase in temperature as well as the decomposition of the electrolytes and electrode and separator materials. The pressure then increases significantly as "n" increases (often a 30X increase), while the temperature goes from room temperature to values as high as $1200\,K - 3600\,K$, depending on state of charge.  These changes can and often do result in huge pressure increases.  The pressure can cause the cell's vent to actuate (if still in operation and unobstructed), and/or bulging of the cell container.  Substantial experience has shown that the bulging tends to take place at the negative end of the cell container (i.e. the bottom of the cell).

The cells that have visual rounded negative ends can be segregated from those that do not. Among these cells, if a battery pack remains together (i.e. cells connected and/or in very close physical proximity to one another), and all the cells have a similar appearance, these cells too can be discounted as being attacked by fire.

The cells remaining should have little to no bowing of the negative ends, and little extension of the jellyroll or primary crimp. These cells should then be x-rayed. In the x-ray shown in Figure 4, further screening would be done. Cells that have large gaseous pockets on the negative ends (gas pockets are indicated by the relatively dark areas) can then be eliminated. Potential causal candidates will have jellyroll remains pushed down into the negative end of the cell container, as well as into the positive vent end.

Differences in the active material/jelly roll provide some indication of the location of internal activity. Caution should be taken to work from the negative end of the cell up to the positive vent and not use any other starting point. The Ideal Gas Law informs as to the location of an initial short. In the image in Figure 4, it can be seen that Cells 1-7, 9 and 10 all show signs of gas accumulation and movement of the jelly roll towards the vent.

Cells 8 and 11 require a closer look. This usually requires higher resolution CT scan and/or x-rays of the single cells, and this is the next step to be taken.  The CT scan is preferable due to the ability to readily change planes so as to understand the movement of gasses with in the cell. Again, starting at the bottom of the cell, (or negative end looking at both the longitudinal and cross section of the jelly roll of the cells), one can assess what is driving the reaction and movement of gases. Cells that are attacked by fire will show damage throughout the length of the outer wraps of the jelly roll adjacent to the cell can for cylindrically-wound cells. External heating should cause shorting on the external layers of the cell before the internal layers. When this happens, the energy of the cell subsequently released should cause damage to the outside of the outer layers of the cell. Care should be taken to identify where the hot gases are first generated. There are times that the designed vent is quickly plugged and cell venting occurs by breaching the cell container in alternative locations (or causes bulging of the container).

---

[3] The Ideal Gas Law is usually suitable up to pressures of ~20 atmospheres, especially at high temperatures.  There are more complex relationships that are more accurate at higher pressures.



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



Figure 4.  X-Ray Photograph of a Group of 18650 Li-ion Cells.

In cells that are causal and instigate a fire, the outer wraps of the jelly roll or layers will be intact compared to the inner layers (4). Many times, the location of initially shorting can be identified by viewing cross sectional layers of the cell, again working from bottom to top, and later from the suspected initiation site to vent location. Understanding that gases evolved are very hot and are developing significant pressure will provide understanding of what occurred and how the situation evolved. Looking at the changing conditions of the electrodes starting from short initialization, can also provide insight into how the battery was treated prior to the event. Highly fragmented anodes for instance, can be evidence of battery packs with poor battery management and cells being driven to dangerous low voltages and subsequent recharge (17,18,19). Electrodes will also show the path of the gaseous byproducts that bend the remaining electrode materials. Byproducts, as shown in the bright spots of the image in Figure 5, can provide ideas of how hot the reactions were, along with the understanding of the elements involved and the resulting densities of the gaseous byproducts, by the enthalpy released in the reactions.



Eskra Technical Products, Inc.

2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



Figure 5.  Cross-Section X-Ray Image of 18650 Cell After Thermal Damage.

A battery or battery cell at lower state of charge will deform less, due to lower amount of energy released, but can still be generally eliminated by utilizing an x-ray and evaluation the movement of the jelly roll towards the vent area of the cell. It is not necessary that cell or battery be on charge to be causal.

In summary, the determination of whether a battery or cell is causal or not is best performed by attempting to first eliminate as many cells and batteries as possible, due to the evidence that they were attacked by fire. The evaluation of whether remaining batteries or cells is causal or not must start with a visual inspection, x-ray and then a systematic evaluation utilizing CT scans, working from the non-vent end to the vent end of the cell.  Heat damage at the negative end and damage to the outer wrappings combined should be used to eliminate the cell from further consideration. Continuation of cell evaluation on such a cell will lead to erroneous findings.

Pouch Cells

Li-ion pouch cells are increasingly used in battery packs due to their lower cost and ease of manufacture (20).  Pouch cells are usually contained on both flat sides by rigid surfaces to reduce bulging (due to gas evolution).  They are usually designed such that at least one of the current collector tabs burns away in the event of a short circuit.  Aside from this safety measure, most pouch cells do not have the safety controls that are used in cylindrical cells.

Pouch cells can go into thermal runaway due to either an internal short (which can be caused by cell abuse), or external conditions such as high temperatures mechanical pressure (crushing; see Reference 21) or an external short (22).  Prismatic or pouch cells often eject material from the



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

cell interior when the container is ruptured (23,24). Ejected material in gaseous form often ignite and burn external to the ruptured cell.

A pouch cell such as a lithium polymer cell will vent before 100 psi (6) and the outer three-layer package material (polymer-aluminum-polymer) may burn away.  Visual inspection of damaged pouch cells is usually focused on intact copper current collectors and cell packs that are consistent throughout. Pouch cells attacked by fire will generally be stiff and the surviving electrode materials, mostly copper metal anode current collectors, will retain their shape and overall structure.  As with cylindrical cells, cells that are attacked by fire will show damage of the *outer* layers of prismatic or pouch cells.

When an internal short is formed, it begins to generate heat, at a rate that depends on the severity of the short.  For shorts of low resistance, this can cause destruction of the cell structure in the vicinity of the short (25).

A causal cell which has an internal short, damage is centered on the region of the short.  This will be manifest in a debris region, which can be observed via X-ray and/or CT scan images. This is perhaps the most powerful evidence of a cell which is causal to a fire.

Cells who are victims of a fire often show damage on the outer portions of the cell interior (i.e. adjacent to the pouch container). In pouch cell modules, the individual cells are adjacent to one another in a stack formation.  Heat from a cell in thermal runaway will be transported to other cells in the stack.

One difference in pouch cells which have suffered a thermal runaway due to an internal short, is that short area is usually much larger than in a cylindrical cell.  This is manifest in a relatively large area on the external surface of the cell package that is obviously burned (see Figure 6). When an internal short occurs, electrolyte evaporates, and moves toward any vent openings in the cell (also shown in Figure 6).  The gas pathway, as observed on the cell exterior, is another aid in finding the location of the short.  This takes place regardless of whether the cell is a cause of the fire or a victim thereof.

2595 County Rd I, Saukville, WI 53080 560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300 Lab/Shop/Fax (262) 235-4068




Figure 6. Short Circuit Area on the Exterior of a Thermally-Damaged Pouch Cell (25).

In summary, pouch cells that go into thermal runaway have the same types of degradation processes as cylindrical cells. Damaged pouch cells show some (but not all) of the same signs as cylindrical cells, Pouch cells which are causal normally exhibit a damage field in the interior of a cell, in the region of the short. This is also the case with cylindrical cells. Victim cells do not show the internal damage field, and their area of greatest damage normally in on the outer portion of the cell interior. Cells with an internal short (whether causal or victim) often show a large short area, which can lead to rapid heat generation. Gas evolved in the short region moved toward a cell vent, and often leave evidence of a gas pathway. Pouch cells often bulge due to gas evolution, but the area of the bulging cannot normally be used as evidence of a causal cell, due to the lower strength of the container. Victim cells which are in a multicell stack often are quite rigid after the fire.

## References

1 Guide for Fire and Explosion Investigations, National Fire Protection Association Publication 921, 2021 Edition.

2 Wang, Q., Mao, B., Stoliarov, S., Sun, J., "A Review of Lithium Ion Battery Failure Mechanisms and Fire Prevention Strategies," Progress in Energy and Combustion Science, **73**, p. 95 (2019).

3 Nagourney, T., Jordan, J., Marsh, L., Scardino, D, May, B., The Implications of Post-Fire Physical Features of Cylindrical 18650 Lithium-Ion Battery Cells. Fire Technology.; see also a correction to this paper, Nagourney et al., "Correction to: The Implications of Post-Fire Physical Features of Cylindrical 18650 Lithium-Ion Battery Cells," Fire Technology, 5 March 2021.

4 Mikolajczak, C., Hayes, T., Megerle, M., Wu, M., "A Scientific Methodology for Investigation of a Lithium Ion Battery Failure," Proceedings of the IEEE Portable 2007 International Conference on Portable Information Devices, Orlando, p. 1, 25-29 May (2007).

5 Warner, J., Handbook of Lithium Ion Battery Pack Design – Chemistry, Components, Types and Terminology, Elsevier Inc., Amsterdam, Netherlands (2015).

6 Linden, D., Reddy, T., Handbook of Batteries, 3rd Edition, McGraw-Hill, New York, NY (2002).

7 Weisi, L., Crompton, K., Hacker, C., Ostanek, J., "Comparison of Current Interrupt Device and Vent Design for 18650 Format Lithium-ion Battery Caps," Journal of Energy Storage, **32**, p. 101890 (2020).



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

8 Yang, S., Wang, W., Lin, C., Shen, W., Li, Y., "Investigation of Internal Short Circuits of Lithium-Ion Batteries under Mechanical Abusive Conditions," Energies, 12, p. 2885 (2019).

9 Cai, W., Wang, H., Maleki, H., Howard, J., Lara-Curzio, E., "Experimental Simulation of Internal Short Circuit in Li-ion and Li-ion-Polymer Cells," Journal of Power Sources, 196, p. 7779 (2011).

10 Oh, K., Siegel, J., Secondo, L., Kim, S., Samad, N., Qin, J., Anderson, D., Garikipati, K., Knobloch, A., Epureanu, B., Monroe, C., Stefanopoulou, A., "Rate Dependence of Swelling in Lithium-Ion Cells," Journal of Power Sources, 267, p. 197 (2014).

11 Wang, X., Sone, Y., Segami, G., Naito, H., Yamada, C., Kibe, K., "Understanding Volume Change in Lithium-Ion Cells During Charging and Discharging Using In Situ Measurements," Journal of the Electrochemical Society, 154, p. A14 (2007).

12 Lobato, C., Adams, K., Cardwell, B., Dembeck, J., Fedders, J., "Thermal Runaway Testing of 18650 Lithium Ion Cells," https://www.nasa.gov/sites/default/files/atoms/files/therm_runaway_test_18650_li-ion_clobato.pdf (2016).

13 McCoy, C., Sriramulu, S., Barnett, B., "Li-ion Battery Safety Technologies and Their Implementation," Presented at 33rd Annual International Battery Seminar and Exhibit, Fort Lauderdale, FL, March 24 (2016).

14 Zheng, Y., Qian, K., Luo, D., Li, Y., Lu, Q., Li, B., He, Y-B., Wang, X., Li, J., Kang, F., "Influence of Over-Discharge on the Lifetime and Performance of LiFePO₄/Graphite Batteries," Royal Society of Chemistry Advances, 6, p. 30474 (2016).

15 Karp, M., "Lithium Battery Thermal Runaway Vent Gas Analysis at Various Heating Rates," Presented at 17th International Conference on Automatic Fire Detection," Duisburg, Germany, September (2021).

16 Wang, H., Simunovic, S., Maleki, H., Howard, J., Hallmark, J., "Mechanical Deformation and Failure Analysis of Li-Ion Cells," Journal of Power Sources, 306, p. 424 (2016).

17 Lai, X., Zheng, Y., Zhou, L., Gao, W., "Electrical Behavior of Overdischarge-Induced Internal Short Circuit in Lithium-Ion Cells," Electrochimica Acta, 278, p. 245 (2018).

18 Maleki, H., Howard, J., "Effects of Overdischarge on Performance and Thermal Stability of a Li-ion Cell," Journal of Power Sources, 160, p. 1395 (2006).

19 Ren, D., Feng, X., Lu, L., Ouyang, M., Zheng, S., Li, J., He, X., "An Electrochemical-Thermal Coupled Overcharge-to-Thermal-Runaway Model for Lithium Ion Battery," Journal of Power Sources, 364, p. 328 (2017).

20 Jeevarajan, J., Chung, J.-S., Jung, K., Park, J., "Are Soft Short Tests Good indicators of Internal Li-ion Cell Defects?", Proceedings of Battery Safety 2013, November (2013).  See also Jeevarajan, J., 2020UL WRI Webinar Li ion Safety_Part 3-(31.54) (2020).

21 Doring, H., Worz, M., "Initializing of Thermal Runaway for Lithium-ion Cells, Workshop JRC, March 8 (2018).

22 Liu, ZX., Ren, D., Hsu, H., Feng, X., Xu, G-L., Zhuang, M., Gao, H., Lu, L., Han, X., Chu, Z., Li, J., He, X., Amine, K., Ouyang, M., "Thermal Runaway of Lithium-Ion Batteries Without Internal Short Circuit" Joule, 2, p. 2047 (2018).

23 Said AO, Lee C, Liu X, Wu Z, Stoliarov S., "Simultaneous Measurement of Multiple Thermal Hazards Associated with a Failure of Prismatic Lithium Ion Battery," Proceedings of the Combustion Institute, 37, p. 4173 (2018).

24 Wang, Q., Mao, B., Stoliarov, S., Sun, J., "A Review of Lithium Ion Battery Failure Mechanisms and Fire Prevention Strategies," Progress in Energy and Combustion Science, 73, p. 95 (2019).

25 Aiello, L., Hanzu, I., Gstrein, G., Ewert, E., Ellersdorfer, C., Sinz, W., "Analysis and Investigation of Thermal Runaway Propagation for a Mechanically Constrained Lithium-Ion Pouch Cell Module," Batteries, 7, p. 49 (2021).



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Appendix B**
**Over Discharge Supporting Information**

**Effect of Overdischarge on Li-ion Cells**
Dr. Rodney LaFollette and Michael Eskra
Eskra Technical Products
Saukville, WI 53080

Abstract
Overdischarge of lithium ion cells can cause a loss of performance as well as increased safety issues. The reasons for this are several. Overdischarge (discharging of cells below recommended minimum potential) causes damage to the SEI layer and can cause dissolution of the copper current collector used to support negative electrodes. During subsequent cycling of over discharged cells, both the remains of the SEI layer and copper can and will redeposit in the cell, causing loss of capacity of the negative electrodes and/or cell shorts. Overdischarge causes disintegration of the solid-electrolyte interface (SEI) layer on the negative active material. The SEI layer can subsequently regrow upon healthy SEI layer areas leading to cell shorting. Repair of SEI layers over repeated charge/discharge cycling, after over discharge of cells may not be possible. Overdischarge can alter SEI composition by incorporation of copper and/or impurities from the positive electrodes. Heat is evolved from overdischarged cells from changes in the SEI layer and Cu dissolution. In addition to negative electrode changes, positive electrodes can be also affected by severe overdischarge, from loss of crystal structure.

Introduction
Thermal runaway in lithium-ion (Li-ion) cells can be induced by several factors, including manufacturing defects, exposure to very high external temperatures, or mechanical abuse of damage. The safety of (Li-ion) cells also depends in part on the way they are used. This is particularly true if cells are operated outside of the safe potential range. Overcharge (charging a cell at excessively high potential or significantly beyond the rated cell capacity; mAhr) is known to damage cells and/or create safety hazards. Overdischarge (discharge of a cell below the minimum safe value or beyond the rated cell capacity) can also degrade Li-ion cells and cause unsafe conditions.

Overdischarge of cells can be prevented using proper control circuits on individual cells, that stop discharge when the cell potential reaches the minimum (cutoff) potential. If multiple cells are connected in series without monitoring and control of individual cells, there is a risk of overdischarging weaker cells. In addition, operating cells at very high rates during either charge or discharge, such as during high current pulses, can temporarily cause the local potentials values adjacent to the electrode surfaces, to be either too high or too low. This is especially true for cells or batteries that are operated at very low temperatures. Overdischarge can also take place after the discharge is shut off by the control circuit (for having reached the minimum cutoff potential), if a trickle discharge current is used to operate the control circuit. Internal self-discharge of discharged cells allowed to sit at open circuit for extended time can also be overdischarged.

Li-ion cells rarely fail directly due to overdischarge; rather they fail in subsequent charging. There are physical and chemical changes to the cell, particularly the negative electrode, that make normal



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

healthy recharging of the cell difficult or impossible. This report contains a survey of reported studies of the effects of overdischarge on Li-ion cells, particularly with respect to safety.

Fire Attack vs. Over Discharge and Recharge

Long term storage of over discharge cells will usually show bulging at the bottom of their containers upon recharging. This type of swelling is caused by the significant rise of internal cell pressure due to gas evolution, rather than damage from a fire external to the cells. As will be shown in this report, overdischarge of a Li-ion cell leads to gas evolution. (This is in contrast to healthy cells undergoing fire attack which will cause bulging of the negative end from thermal decomposition of electrolyte and separator). In a pouch cell this is mainly manifest in increased cell thickness (due to the buildup of additional gaseous species). In a more constrained cell configuration, such as a spirally-wound 18650 cell (housed in a sealed steel can), the presence of evolved gases is manifest in an increase in internal pressure, and possibly in bulging of the cell can.

To further illustrate the buildup of pressure, we use the well-known ideal gas law, $P=nRTV$

Where P is the pressure, n is the number of moles of the gas, R is the Universal Gas Constant, T is the temperature, and V is the volume of the gas (which is essentially constant inside of the cell). Pressure increases with temperature, and it increases with the number of moles of gas. The cell when first fabricated contains a small amount of gas. As gas is evolved, the number of moles of gas goes up quickly[1]. The number of moles can go from an equivalent of 1 to 18 during over discharge. It does not take a great deal of gas evolution to increase the pressure to several times its initial value; pressures of several tens of psi are easily achieved. As the cell is recharged it is not uncommon for T to go from 20 to 60. Most 18650 Li-ion cells have a built-in pressure relief valve, to vent gas when the pressure reaches a threshold value (such as 140 psi). Still, poorly constructed cells can have a non-functioning relief valve, or a container that can bulge before the pressure reaches the threshold for venting gas. The net effect is that P can increase substantially and would cause distortion of the flat bottom of the 18650 prior to venting of the cell during the over discharge scenario.

[1] It does not matter what type of gas molecules are involved; one mole of hydrogen gas, the lightest gas known, leads to the same pressure as much heavier gases, such as oxygen, nitrogen or water vapor (at the same temperature, and in the same volume).

Overview of Overdischarge Experiments

A number of studies have been reported on the effects of overdischarge of Li-ion cells. Essentially all these studies were done with commercial Li-ion (or Li-polymer) cells. Most used pouch or prismatic cells; a few were with 18650 cylindrical or coin cells. Unless otherwise mentioned, all tests were done at ambient temperature.

Discharges were typically done at constant current. Charging was done in two stages; the first was at constant current to a cutoff potential (appropriate for the electrode materials and electrolyte); the second stage was at constant potential to a cutoff current. A range of positive electrode materials were used, including $LiCoO_2$, $LiMn_2O_4$, NMC, NCA, and $LiFePO_4$. Carbon negative active materials were used, along with common organic liquid electrolytes. Microporous polyolefin separators were used.



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

Overdischarge was usually done to a pre-determined level, such as 2 – 15% of the rated discharge capacity. In some cases, overdischarge was done to a set cell potential, usually 2.2 V – 0.0 V. Occasionally the potential was then held at this level for a set time before subsequent charging. Maleki and Howard (1) studied overdischarge of commercial $LiCoO_2$/C pouch cells (785 mAhr nominal). Their work focused primarily on cell capacity effects rather than safety. Cells were discharged at moderate rates to the standard cutoff minimum potential, and then at a much lower rate to various lower potentials (2.0 V – 0.0 V). Having reached the targeted (low) potential, they were held at those potentials for 72 hours. They were then subjected to five charge/discharge cycles under more normal conditions (4.2 V – 3.0 V). This entire process was repeated five times, so that cells were held for 360 hours at the lower potentials and operated through 25 charge/discharge cycles. All cells showed irreversible capacity loss of 2 – 16% (overdischarge potentials of 2.0 – 0.5 V). Following these exercises, the cells were operated through one hundred additional normal (4.2 V – 3.0 V) charge/discharge cycles.

Many of the cells were then exposed to aggressive overcharge conditions. This resulted in further capacity loss of 8 – 26% (again for overdischarge potentials of 2.0 V – 0.5 V). Cells that were discharged to 0.0 V suffered greater damage, in some cases 65% loss in capacity over the same conditions. One of the cells taken down to 0.0 V developed an internal short, which was attributed to Cu deposition. These (0.0 V) cells also suffered large impedance increases and swelling (due to gas evolution in the cells). Thus, the fade rate became higher for overdischarged cells, even when cycling was (later) done under more safe conditions. *Furthermore, as stated earlier, the deleterious effects of overdischarge are usually manifest in subsequent charging of the cell*. In the case of the cell that developed a short, very dangerous conditions could well develop, particularly with prolonged charging.

Maleki and Howard, in citing Kishiyama et al. (2), noted that overdischarge to 0.0 V can result in significant levels of Cu dissolution, which is the main reason for the capacity loss of cell on overdischarge. *They also noted that the SEI layer decomposes if the potential of the negative electrode reaches 3.5 V* (vs. Li/Li+).

Citing Zhao et al. (3), they also state that the Cu dissolution is likely when cells are taken to < 0.4 V (vs. Li/Li+). The Cu dissolution is accelerated by the presence of $H_2O$ and/or HF in the electrolyte, due to decomposition of the SEI layer, which can occur either through abusive conditions or poor manufacturing standards. They also cite Mao (4) in showing that the negative electrode potential can reach 3.8 V in some cells that are overdischarged to 0.0 V. The movement of copper ions through the separator and to the positive electrode then leads to loss of cell capacity and possibly shorting, due to the high potentials that the negative electrodes can be exposed to.

Finally, Maleki and Howard reported significant swelling of the pouch cells. They attributed this to gas evolution within cells, which was more severe for cells with lower overdischarge potential and longer overdischarge exposure.



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

Prochazka et al. (5) discharged Sanyo UR1860F cells to 0.0 V for three cycles. Significant degradation of discharge capacity was seen for each cycle (31%, for three cycles; resistance up 51%). No significant overheating from their charge/discharge treatment was observed.

Erol et al. (6) discharged commercial $LiCoO_2/C$ button cells down to 2.2 V. Cells were subsequently cycled under fairly standard conditions (4.2 V – 3.0 V). The cells suffered from increases in cell impedance; however, the degradation was reversible for most cells.

In contrast, Lai et al. (7) discharged commercial NMC/C pouch cells into reversal (up to 20% overdischarge). For high levels of overdischarge (20%), the cells suffered significant irreversible capacity loss. They found that copper had dissolved from the negative electrode during overdischarge, and then subsequently re-deposited, mostly on the surface of the negative active material. Some copper deposited elsewhere in the cell, such as on the positive electrode material. As a result, copper shorts developed between the electrodes during subsequent cell cycling.

Importantly Lai et al. found that when severely overdischarged cells were then overcharged, they had difficulty with charge acceptance. This they attributed to damage to the cell structure, mainly the formation of internal shorts. The leakage current (i.e. that due to small current flow between electrodes through small shorts) could cause further overdischarge if the cells sat at open circuit while discharge. The presence of internal shorts could clearly lead to catastrophic cell failure in some cases.

They also found that many cells that were only modestly overdischarged could be restored to normal functioning if they were fully charged and then allowed to sit at open circuit for extended time (100 days). The self-repair process though could not be accomplished in short time periods, so that overdischarged cells could show abnormal charging behavior, unless first charged and allowed to rest for several weeks.

Numerous other studies showed similar results, especially with respect to the fate of copper. Love and Gaskins (8) overdischarged Li-polymer[2] pouch cells ($LiCoO_2/C$). Cells exhibited substantial loss of negative electrode capacity, depending on the degree of overdischarge. For high levels of overcharge, cells swelled, the result of gas evolution. These cells also showed pitting of the aluminum foil used to support positive electrodes (along with copper dissolution and precipitation). He et al. (9) reported substantial copper dissolution in overdischarged A123 18650 cells, using $LiFePO_4$ as the positive electrode active material. Copper reprecipitated throughout the cell on subsequent charge/discharge cycling. This in turn led to the formation of copper dendritic growths, often resulting in cell shorts, which as noted could lead to catastrophic cell failure.

[2] Li-polymer cells are essentially Li-ion cells with a polymer electrolyte.

Brand et al. (10) discharged experimental cells using a variety of positive electrode active materials (NCA, NMC, $LiFePO_4$, others), and carbon negatives. They did careful measurements of heat generation in the cells. These workers also found when discharge potentials dropped below a minimum value (different for each cell chemistry), there were accelerated temperature increases in the cell, with NMC/C showing the highest increase. The temperature increase was found to result from breakdown of the SEI layer as well as electrolyte reduction. Also, when negative potential

24



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

reaches $3.4 – 3.5$ V (vs. $Li/Li+$), Cu oxidized, further heating cell. This was consistent with the results of Kishiyama et al. (2). During subsequent charge/discharge cycling Cu deposited throughout the cells. This in turn frequently caused shorts between negative and positive electrodes, which in turn caused additional temperature rise.

Zhang et al. (11) overdischarged $LiCoO_2/C$ (MCMB) cells to different levels (2-15% beyond the rated capacity), and then cycled them 1000 times at more healthy conditions. The discharge rate was 0.6C. The $LiCoO_2$ and MCMB retained their structures; however, there were appreciable capacity loss for the negative electrodes. They found this was due to increased resistance of the SEI layer. Additional losses were due to Cu deposition on negative, for cells overdischarged 15%. Capacity losses from deposited Cu (on the negative active material) were caused by hindered Li/Li+ intercalation/deintercalation.

Zheng et al. (12) tested $LiFePO_4/C$ cells, discharged to 1.5 V, 1.0 V, 0.5 V, 0.0 V. Afterwards all cells were subjected to 110 charge/discharge cycles (under normal conditions). Capacity losses were significant, and dependent on the overdischarge potential (for the first discharge). Results were 24.9% for 0.0 V to 12.6% for 0.5 V. An additional 110 cycles were applied to the same cells. Additional capacity losses were observed, 7.8% (0.5 V cells) and 24.46% (0.0 V cells). Serious loss of Li and active negative material was observed in the 0.0 V cells. This was caused (presumably) by dissolution/breakdown of SEI. Gas was generated in both types of cells, mainly $H_2$, $CH_4$, $C_2H_6$. The presence of gaseous hydrocarbons they took as evidence that there was some electrolyte decomposition at the negative/electrolyte interface. No real change was observed in $LiFePO_4$ structure. They did though report change in the surface chemistry of graphite negatives, which caused increased impedance.

Guo et al. (13) also found that Cu deposits were the result of severe overdischarge. This can lead to reduced efficiency and capacity, as well as internal shorts. Non-shorted, overdischarged cells can often be regenerated if not severely overdischarged (< 12%). However, some overdischarged, recharged cells showed reduced coulombic efficiency (12 – 14.5%). Over 14.5% of the cells tested could not be recharged.

Li et al. (14) also found that overdischarge leads to swelling. Similar observations were made by Maleki and Howard (1). This was caused by 1) Cu dissolution; inclusion of Cu in SEI; 2) Cu reduction at negative during charge, reducing coulombic efficiency; and 3) SEI decomposition, with gas evolution leading to bulging. Use of NCM (rather than $LiCoO_2$) lowered swelling.
The main capacity losses took place at the negative electrodes in these studies. Shu et al. (15) however studied cathode-limited experimental cells, where the cells were discharged to 1.0 V. $LiFePO_4$, $LiMn_2O_4$, and $LiNiO_2$ were used as cathode materials. $LiFePO_4$, $LiMn_2O_4$ cathodes are fairly stable when cells are overdischarged to 1.0 V. $LiNiO_2$ is more vulnerable to breakdown (loss of structure). When discharged to 0.0 V, all three materials become (irreversibly) amorphous.
Gas evolution was also examined by Hashimoto et al. (16). They studied $H_2$ gas evolution from overdischarged $LiMn_2O_4/C$ cells. They found that the gas evolution resulted from decomposition of



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

the SEI layer on the negative active material. The origin of the hydrogen was impurities in the positive electrode active material, not the electrolyte. As the cells were further cycled the SEI layer on the negative electrode material, which was reconstituted during cycling, became increasingly rich in hydrogen. The SEI layers thickened during cycling, leading to increasing hydrogen evolution and higher negative potentials.

Finally, Jeevarajan et al. (17) studied substantial reversal of cylindrical cells that were then placed in storage. In these conditions the (steel) cell can was corroded, and iron was found in the separator. They found that parallel-connected cells showed very little degradation when subjected to deep discharge. However, series-connected cells often performed poorly under the same conditions. They attributed this to poorly matched cells in the string, which led to the weaker cells being overdischarged more deeply than other cells.

Safety Implications of Overdischarge
As pointed out in these studies, high levels of overdischarge can result in Cu dissolution and then re-deposition in either on the negative electrode, positive electrode or in the separator. This can cause the formation of internal shorts, via Cu dendritic growths. The growth of Cu dendrites is possible after a single overdischarge, especially if subsequently charged aggressively.
Changes in the SEI layer invariably took place due to overdischarging. In some cases, the SEI layer can disintegrate, raising the increased possibility of catastrophic cell failure during subsequent charging. In other situations, it is made more resistive, due to incorporation of either copper of other species such as hydrogen or growth. Thicker SEI layers of course causes higher internal cell resistance. Cu deposition is the most important result of overdischarge, that affects the health or composition of the SEI layer on the negative electrode surface.
All overdischarged cells showed evidence of gas buildup in cells. The composition of the gases varied from study to study, but the fact that gas evolution took place is established. These two factors (Cu dissolution/precipitation and alteration of the SEI layer) are the principal safety concerns for overdischarged Li-ion cells. Care should therefore be taken to prevent overdischarge for maximum battery safety.

References

1 Maleki, H., Howard, J., "Effects of Overdischarge on Performance and Thermal Stability of a Li-ion Cell," Journal of Power Sources, **160**, p. 1395 (2006).
2 Kishiyama, C., Nagata, M., Piao, T., Dodd, J., Lam, P-N., Tsukamoto, H., Abstract 245, Proceedings of the 204th Electrochemical Society Conference, Orlando, FL (2003).
3 Zhao, M., Kariuki, S., Dewald, H., Lemke, F., Staniewicz, R., Phichita, R., Marsh, R., Journal of the Electrochemical Society, **147**, p. 2874 (2000).
4 Mao, Z., Abstract 304, Proceedings of the 204th Electrochemical Society Conference, Honolulu, HI (2006).
5 Prochazka, P., Cervinka, D., Martis, J., Cipin, R., Vorel, P., "Li-ion Battery Deep Discharge Degradation," ECS Transactions, **74**, No. 1., p. 31 (2016).



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

6 Erol, S., Orazem, M., Muller, R., "Influence of Overcharge and Over-Discharge on the Impedance Response of LiCoO2/C Batteries," Journal of Power Sources, **270**, p. 92 (2014).

7 Lai, X., Zheng, Y., Zhou, L., Gao, W., "Electrical Behavior of Overdischarge-Induced Internal Short Circuit in Lithium-Ion Cells," Electrochimica Acta, **278**, p. 245 (2018).

8 Love, C., Gaskins, A., "Performance Loss of Lithium Ion Polymer Batteries Subjected to Overcharge and Overdischarge Abuse," Naval Research Laboratory Publication NRL/MR/6110—12-9455 (2012).

9 He, H., Liu, Y., Liu, !., Li, Z., Xu, F., Dun, C., Ren, Y., Wang, M-x., Xie, J., "Failure Investigation of LiFePO4 Cells in Over-Discharge Conditions," Journal of the Electrochemical Society, **160**, No. 6, p. A793 (2013).

10 Brand, M., Glaser, S., Geder, J., Menacher, S., Obpacher, S., Jossen, A., Quinger, D., "Electrical Safety of Commercial Li-ion Cells Based on NMC and NCA Technology Compared to LFP Technology," World Electric Vehicle Journal, **6**, p. 572 (2013).

11 Zhang, L., Ma, Y., Cheng, X., Du, C., Guan, T., Cui, Y., Sun, S., Zuo, P., Gao, Y., Yin, G., "Capacity Fading Mechanism During Long-Term Cycling of Over-Discharged LiCoO2/Mesocarbon Microbeads Battery," Journal of Power Sources, **293**, p. 1006 (2015).

12 Zheng, Y., Qian, K., Luo, D., Li, Y., Lu, Q., Li, B., He, Y-B., Wang, X., Li, J., Kang, F., "Influence of Over-Discharge on the Lifetime and Performance of LiFePO4/Graphite Batteries," Royal Society of Chemistry Advances, **6**, p. 30474 (2016).

13 Guo, R., Lu, L., Ouyang, M., Feng, X., "Mechanism of the Entire Overdischarge Process and Overdischarge-Indices Internal Short Circuit in Lithium-ion Batteries," Scientific Reports, Nature, 6:30248, July (2016).

14 Li, H-F., Gao, J-K., Zhang, S-L., "Effect of Overdischarge on Swelling and Recharge Performance of Lithium Ion Cells," Chinese Journal of Chemistry, **26**, No. 9 (2008).

15 Shu, J., Shui, M., Xu, D., "A Comparative Study of Overdischarge Behaviors of Cathode Materials for Lithium-Ion Batteries," Journal of Solid State Electrochemistry, **16**, No. 2, p. 819 (2012).

16 Hashimoto, M., Yamashiro, M., Ichihashi, T., Toda, A., Miyazaki, T., Fujieda, S., "Mechanism of Gas generation in Lithium Ion Batteries by Overdischarge," ECS Transactions, **69**, No. 20, p. 17 (2015).

17 Jeevarajan, J., Strangways, B., Nelson, T., "Hazards Due to Overdischarge in Lithium-ion Cylindrical Cells in Multi-cell Configuration," NASA Battery Workshop, November (2010).



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Appendix C**

Macaluso v Apple – iPad 7th generation testing

Initial charge from new-in-box exemplar 1Pad 7th generation



**1st rundown**



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**1st recharge**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**2nd rundown**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**2nd recharge**

31



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**2nd Full Charge**



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**New Tests monitoring cell voltages**



**Charge From Storage**



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**Rundown With Cell Monitoring**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**Charge With Resistor on Cell 1**



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**Rundown With Resistor on Cell 1**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

## Resistor Test – October 26, 2021



**Charge at Low Cell Voltage**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



Three exemplars were tested; all are the iPad2 having 3-cell batteries, Lithium-ion Polymer battery Model Number A1376, 3.8V, 25Wh, APN: 616-0561, VPN: 969TA0561. All tests were performed recording the battery voltage only. The devices were typically charged via Apple charger model # MD836LL/A, fully discharged, and recharged to 100%.



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Exemplar testing of iPad2 - #1**



**Charge From As-Received**



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**First Runout from 100% SOC**



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**2nd Recharge**



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**Runout to Shutdown**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

## Exemplar testing of iPad2 - #2



**Full Charge from As-received**



2595 County Rd I, Saukville, WI 53080     560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Exemplar testing of iPad2 - #3**



**Charge from As-Received**



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**1st Rundown**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068



**1st Recharge**



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Pictures of Testing**





2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





**ETP**
Eskra Technical Products, Inc.

2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





Eskra Technical Products, Inc.

2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068





2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**CV**

**Michael D. Eskra**
**2595 County Road I**
**Saukville, WI 53080**
**262-707-5855 Cell**
**262-235-4068 Office/Lab/Fax**
**262 268-1753 Fax**
**mikeeskra@aol.com**

**Summary:**

Senior executive and technical manager with 30+ years experience in the energy, power source and battery industry, including business strategy, planning and operations, technology development and deployment, material development, manufacturing and power systems electronics. Special expertise in tactical planning, operations, marketing and business development in the Energy, Battery and Advanced Automotive Propulsion areas.  Broad working knowledge of energy, battery and power source development, battery products, processes, vendor development, WCM and FMEA, as well as global strategies and turn around in the strategic power systems industry.

**Experience:**

**1996-Present: Owner, Eskra Technical Products, Inc., Saukville, WI**

- Designed and developed manufacturing processes for lithium ion, lithium polymer, nickel metal hydride, lead acid, zinc bromine, nickel hydrogen, lithium iron disulfide and silver zinc battery technologies.
- Developed low cost solvent free processing for primary lithium battery cathodes (pat pen)
- Developed solvent free lithium ion electrode manufacturing process. (pat pen)
- Specialty battery manufacturing and assembly of battery packages for mission specific applications
- Developed low polymeric ceramic separator for lithium ion/polymer batteries (pat pen)
- Developed and executed strategic acquisition and business plans for clients in renewable energy, rechargeable and primary battery areas.
- Provide technical and staffing recommendations to clients in the battery, aerospace and government agencies.



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

- Provide Strategic planning, market analysis and acquisition targets for battery and aerospace companies.
- Wrote business plans for flexible power sources, micro batteries, renewable energy and acquisition and mergers, technology development roadmaps.
- Developed key development and technology plan for smart energy grid.
- Provided technical and business assessment to VC and Angel investors
- Failure Mode and Effect of energy and power system products for insurance investigations.
- Battery and power source failure investigation and litigation.
- Developed waste to liquid fuel process, waste to solid clean fuel processes.
- Assisted in business plan development for gearless wind turbine and presentations to potential investors-designed on-demand battery storage building block
- Member of the SAE Aerospace Power Systems Committee
- Provide support for Defense Logistics Agency on batteries through BATTNET
- Specialty battery and other power source packaging for niche applications
- Oversight management for ANSI and battery testing and technology facility

**1999-2005:    President and COO, Director, Electro Energy Inc., Danbury, CT (Consultant and Employee)**

- Brought failing Research and Development company to successful public company status.
- Responsible for bringing multiple government and commercial programs in house.
- Program Manager for multiple government contracts and commercial contacts.
- Increased power by 100% and capacity by 30% for the Army and 150% for the Navy efforts
- Developed 1MW 250 Volt rechargeable battery/1.4MW 350 Volt battery systems.
- Provided hands-on technical and management oversight on all development projects.
- Achieved successful, on schedule delivery for the first time since company inception.
- Developed processes and designed equipment to take product from development to manufacturing.
- Acquired manufacturing subsidiary in complementary technology.
- Raised $5.5M outside capital.
- Reverse merger with public shell, June 2004, EEEI.ob



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

- NASDAQ Small Cap, December 2004, EEEI, $200+M market cap, January 2005
- All stock purchase of large manufacturing facility
- Positioned company for $25M second round of financing and additional acquisition
- Developed team of engineers and specialists for advanced nickel metal hydride and lithium ion chemistries.

**1991-1996:     Program Manager, Advanced Technology Vehicles, GM Corp, Warren, MI**

- Principle negotiator and contract lead for United States Battery Consortium (USABC).
- Formed necessary partnerships and teaming arrangements required to develop advanced battery and material technology for electric and hybrid vehicles.
- Developed base agreements and worked to alleviate anti-trust concerns.
- Managed over $150M annually in development contracts.
- Oversaw National Laboratory development contracts and promoted strategic planning for long term US technology including uniform CRADA.
- Coordinated technical and business direction of the automotive partnership through various committees.
- Represented GM in the partnership, committees, Partnership for New Generation Vehicles (PNGV), the Departments of Energy and Commerce, the White House, Vice-President Gore and staff.
- Prepared Congressional testimony and circumvented freedom of information requests.
- Participated in Vice Presidential and Congressional reviews.
- Initiated novel material development efforts in polymer based systems.
- Supported electric drive train propulsion development and commercialization for all electric vehicle and hybrid electric vehicle platforms including battery packs and battery management systems.
- Reviewed technology programs for Departments of Energy, Defense, NASA and Commerce.
- Identified and coordinated funding for Lithium ion, polymer, nickel metal hydride, bipolar lithium, iron disulfide, sodium sulfur and lead acid battery systems relating to safety, advanced materials and designs.

**1986-1991:     Manager, Advanced Battery Engineering, Johnson Controls Inc., Milwaukee, WI**



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

- Formed four business units to develop new opportunities for Johnson Controls, Inc. in the energy, advanced battery, plastics and automotive technology areas.
- Formulated and executed international, multi-company technology cross licensing agreements related to multiple technologies and markets.
- Developed and executed operational business plans to move technologies from development to commercialization.
- Grew start ups to $12M in sales with less that $1M of total internal investment.
- Utilized government funding to leverage organizations into new, profitable, commercial businesses.
- Obtained space qualification of Common Pressure Nickel Hydrogen (IPV) technology in under 2 years, presently the most flown spacecraft battery.
- Responsible for Common Pressure Nickel Hydrogen (CPV), Bipolar lead acid (pulse Power), Zinc Bromine (now ZBB) and Advanced Lead Acid (EV, consumer electronics, SKI and Pulse Power).  Designed and built 100MJ battery system, 40 kWh and 20 kWh electric vehicle packs.
- Developed high strength, chemically stable conductive and on conductive polymer materials.
- Identified acquisition targets for main business, formulated deal outlines

**1981-1986:     Process Engineer, Quality Manager, Plant Superintendent**
**                Johnson Controls Inc., Milwaukee, WI**

- Turn-around of three under-performing battery manufacturing plants, improving production by 50% while improving quality.
- Managed Pilot Plant Operations, 1000 SLI batteries/day
- Developed and/or modified equipment and processes to improve productivity, quality and profitability.
- Developed advanced manufacturing line.
- Negotiated and revised Labor Union contracts.
- Trained corporate manufacturing staff and provided technical support to 13 manufacturing plants and two plastic plants.
- Responsible for five new product introductions (SLIG).
- Developed staff to accomplish what many thought was impossible performance and business targets.



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

- Temporary Plant Engineering Mgr, Plant Superintendent, Plant Manager at Fullerton, CA, Atlanta, GA, Toledo OH. Louisville, KY, Dallas TX as needed to support Battery Group

**1980-1981:    Converting Line Manager, Proctor and Gamble, Inc. Green Bay, WI**

- Improved shift performance by 100%
- Reduced hourly absenteeism by 200%
- Responsible for Charmin, White Cloud and Puffs lines

Five U.S. Patents related to materials, batteries and manufacturing
300+ Papers and Articles Published.

U.S. Security Clearances

Education:    Masters of Engineering Management (45Credits), Milwaukee School of Engineering

BS Chemical Process Engineering, University of Wisconsin, Milwaukee
Certified Fire Explosion Investigator, Certified Fire Instructor Certified Vehicle Fire Investigator
Program Management Professional

Memberships:
AICHE-American Institute of Chemical Engineers
SAE-Society of Automotive Engineers
NAFI-National Association of Fire Investigators
IAAI-International Association of Arson Investigators
PMI-Project Management Institute
NDIA-National Defense Industry Association
NASP-National Association of Subrogation Professionals



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Battery Related Program Management Experience**

1. $3,400,000 "Zinc Bromine for Electric Vehicles", Sandia National Laboratories 1986

2. $750,000 "High Power Lead Acid Batteries for DEW", USAFWP 1988

3. $3,800,000 "Zinc Bromine for Load Leveling", Sandia National Laboratory 1988

4. $250,000,000 United States Battery Consortium 1990, nickel metal hydride and lithium ion for Electric Vehicles

5. $30,000,000 Partnership for New Generation Vehicle, lithium ion and nickel metal hydride for hybrid electric vehicle.

6. $700,000 "Nickel Metal Hydrogen for Energy Storage, Department of Energy 1998

7. $60,000, BMDO Phase I, April 2000, "High Power Nickel Metal Hydride" managed by the Navy China Lake Naval Air

8. 1,999,036, NAVAIR F-17, F-18, F-16, August 2000, "Nickel Metal Hydride Development for Aircraft."

9. $412,375, NASA Glenn Research Center, January 2001, "Flight Weight Battery Option for Low Earth Orbit."

10. $1,600,000, USAF, February 2001, Manufacturing Technology Development.

11. $807,435, US Army CECOM, July 2001, Bipolar Wafer Ni-MH Electrochemical System.

12. $3,820,000, USABC Partnership for New Generation Vehicle, August 2001, "Hybrid Vehicle Battery."

13. $2,264,127, U.S. Dept. of Energy, January 2002, "Energy Efficiency and Environmentally Friendly Distributed Resources Energy Storage Battery."

14. $99,908, USAF/AFMC, May 2002, "Aero Propulsion and Power Technology, New Hydrogen Storage Electrodes."

15. $809,999, US Army CECOM, July 2002, "Bipolar Wafer (NiMH) Electrochemical System."

16. $489,378, NASA Glenn Research Center, July 2002, "Bipolar Nickel Metal Hydride Battery."



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

17.    $788,104, US Army CECOM, April 2003, "Bipolar Ni-MH Electrochemical Battery System."

18.    $854,931, USAF, May 2003, "Bipolar Wafer Cell Ni-MH Aircraft Battery."

19.    $500,000, In-Q-Tel, March 2004, "Bipolar Lithium-Ion Battery."

20.    $848,788, US Army CECOM, March 2004, "Bipolar Wafer Cell Ni-MH Battery for Army Vehicles."

21.    $69,978, Navy STTR, June 2004, "Extremely Power Dense Bipolar Ni-MH Energy Storage System."

22.    $69,943, Navy SBIR, June 2004, "Low Magnetic Signature, Rechargeable, Modular Battery Technologies for Mine Warfare."

23.    $735,666, U.S. Dept. of Energy/Sandia National Labs, June 2004, "Ni-MH Battery for Utility Applications."

24.    $300,000, In-Q-Tel Phase I, March 2004, "Development of Bipolar Lithium Ion Cell"

25.    $98,647, USAF Phase I, March 2005, "Lithium Batteries for Strategic Missile Flight Testing"

26.    $450,000, In-Q-Tel, April 2005, "Lithium Ion Batteries with Cell Specific Energy Greater than 300 Wh/kg"

27.    $3,000,000 BAA No. 0006-08 BATTNET Support to DLA

28.    $9,000,000 Power Sources Support 2009

29.    $9,500,000 Power Sources Support2010

30.    $414,080 BATTNET March 2011 Low Cost Lithium Ion Manufacturing Development

31.    $80,000 NAVSEA September 2011, Energy Scavenger, Thermal Battery Replacement

32.    $150,000 DOE Low Cost Lithium Ion Electrode for Bipolar and Prismatic Cells

33.    $149,996 DLA CR123 Low Cost Manufacturing Development and Option

34.    DLA BATTNET Option 2 Period of Performance October 2013 to December 2014

35.    DLA BATTNET Option 3 Period of Performance November 25, 2013 to January 2015

36.    US Army Bipolar Lead Acid $100,000 July 28, 2014



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

37.    DLA Low Cost Solvent Free Lithium Ion Manufacturing Development $2,475,000 July
2014 to July 2016

38.    US Army Bipolar Lead Acid $1,000,000 May 5, 2016

39.    USAF Rechargeable Thermal Battery for Airborne Operations $150,000


**Sample Papers**

1.)  January 2001 Long Beach CA

Nickel-Metal Hydride Replacement for VRLA and Vented Nickel-Cadmium Aircraft Batteries

Michael Eskra[1], Paula Ralston[1], Martin Klein[1], William Johnson[2], John Erbacher[3], Baird
Newman[4]

Electro Energy Inc., 30 Shelter Road, Danbury, CT. 06810

NAVAIR, 48298 Shaw Road, Building 1461, Patuxent River, MD 20670

USAF AFRL/PRPB, 1950 Fifth Street, Wright Patterson AFB, OH 45433-7251

NSWC, 300 Highway 361C, Crane, IN 47522

2.) Aerospace Battery Session 2000 Power Systems Conference

Bipolar Nickel Metal Hydride For Aerospace Applications

Electro Energy, Inc.

Authors: Mike Eskra, Martin Klein

(Special thanks to NASA GRC, Department of Energy, PNGV, NAVAIR, USAF)

3.)  39th Power Sources Conference (2 papers)

Bipolar Nickel Metal Hydride for Aerospace

Nickel Metal Hydride High Power Battery

Michael D. Eskra Jack Brown Martin G. Klein

Electro Energy, Inc.

(Special thanks to NASA GRC, Department of Energy, PNGV, NAVAIR, USAF)

Also published in the IEEE magazine

4.)  Global Powertrain Congress 2001



2595 County Rd I, Saukville, WI 53080       560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

Bipolar Nickel Metal Hydride For Automotive Electric Drivetrains

Mike Eskra, Martin Klein, Robert Plivelich

(Special thanks to NASA GRC, Department of Energy, PNGV, NAVAIR, USAF)

5.)  7th Workshop for Battery Development

Nickel Metal Hydride Aircraft Batteries

Mike Eskra, William Johnson (NAVAIR), John Erbacher (WPAFB)

6.) Power Systems Conference 2002

02PSC-69

Pulse Power Nickel Metal Hydride Battery

Robert F. Plivelich and Michael D. Eskra

7.)  SAE Power Systems Conference 2000

00PSC-123 Bipolar Metal Hydride Batteries for High Power and Aircraft Applications Mike Eskra, Marty Klein, Robert Plivelich Electro Energy, Inc

8.) Hawaiian 4th Battery Conference HBC January 2002

Nickel Metal Hydride PNGV, NAVAIR, USAF

9.) 40th Power Sources Conference June 12, 2002

Bipolar Nickel Metal Hydride Battery

Mike Eskra, Paula Ralston, John Erbacher, Bill Johnson

10.)  5th SAE Power Systems Conference October 29-31, 2002

Bipolar Nickel Metal Hydride Batteries For Aircraft Applications

Mike Eskra, Robert Plivelich, Paula Ralston, John Erbacher, Bill Johnson

11).  High Power Bipolar Nickel Metal Hydride Battery for Utility Applications

Michael Eskra, Robert Plivelich.) Energy Storage and Transmission Nov 2003

12.)  Scale-Up of Manufacturing Processes for a Bipolar Nickel-Metal Hydride Aircraft Battery

James Landi(a), Martin Klein(a), Mike Eskra(a), John K. Erbacher(b) and Robert Drerup(c)



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

13.) Energy Efficiency Environmentally Friendly Distributed Resources Energy Storage Battery

Pulse Power Nickel Metal Hydride ESAT 2004 US Department of Energy, Sandia National Laboratory

14.)  Pulse Power 350 V Nickel Metal Hydride Battery

Michael D. Eskra, Paula Ralston, Alvin Salkind and Robert F. Plivelich

Brighton, England April 2004

15.) Lithium Ion Fires, Michael D. Eskra, Lithium Battery Safety Meeting 2012

16.) Low Cost Flexible Manufacturing for Defense Applications, Michael D. Eskra, Paula K. Ralston, Defense Manufacturing Conference, Orlando FL 2012

17.) Counterfeit Batteries Entering the Supply Stream, Michael D. Eskra, Paula K. Ralston, Defense Manufacturing Conference 2013

18.) Solvent Free Lithium ion Manufacturing, 2014 Power Sources Conference, Michael Eskra

19.) Battery Safety-Developing a Methodology for Avoiding Risks From Product Failure and Subsequent Subrogation/Wrongful Death-Breakout Discussion Session Battery Safety 2015, Michael Eskra Host

20.)  Dry Electrode Processing of Lithium Ion Electrodes, Michael Eskra, Paula Ralston, Lithium Battery Power 2015

21.) Scale Up for Lithium Ion Electrode Manufacturing, Michael Eskra, Paula Ralston 2015 Joint Services Power Expo

22.)  Fire and Arson Presentation June 2015 IAAI MN Chapter, Mike Eskra

23.)  Additive Safety Separator Manufacturing for Lithium Batteries Power Sources Conference, Mike Eskra, Paula Ralston June 2016

24.)  Low Cost JIT Additive Lithium ion Electrode and Ceramic Separator Manufacturing, Michael Eskra, Paula Ralston, Power Sources Conference 2016

25.)  Design and Safety Considerations for Design of Energy Storage Systems, Mike Eskra, Bryan Eskra, ASME Power and Energy Conference June 2016

26.) Fire and Arson Presentation, WI Chapter IAAI, June 2016



2595 County Rd I, Saukville, WI 53080      560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

27.)  ATF Presentation on Battery Fires, Nov 2016

28.)  Update on Developments of Solvent Free Manufacturing Process for Lithium Electrodes, Joint Services Power Expo, May 2-4 2017

29.)  Creating a Lead Acid Battery Which Can Compete With Lithium Ion, Joint Services Power Expo May 2-14 2017

30.) Fire and Arson Presentation on Battery Fires October 4, 2017  IAAI  PA Chapter, Mike Eskra

31.) Advanced Lead Acid Battery Staying Competitive, 2018 Power Sources Conference June 11, 2018

32.) Consumer Battery Failures and COTS, 2018 Power Sources Conference June 14, 2018

33.) PAAI-8hr Battery Failures and Analysis June 2019

34.) Battery Fire Forensics, Battery Safety Summit, October 25, 2019

35.) NASP Fall Conference 2020, Rechargeable Subrogation

36.) NASP Spring Conference 2021 Rechargeable Subrogation

37.) CCAI Seminar, February 22, 2021, 4.5 Hour Presentation



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Depositions and Trials**

**Plaintiff - The Main Street America Group v. Dell Inc. (Case No: 8:09-cv-1269-T-26TGW, John W. Reis | Cozen O'Connor  301 S. College Street, Suite 2100   | Charlotte, NC 28202 P: 704.376.3400 | F: 704.334.3351 | jreis@cozen.com www.cozen.com | www.subrogationandrecoverylawblog.com**

**Nick Mooney  nick.mooney@bromagenlaw.com**

**Plaintiff - STJOHN-9831 St. Johns a/s/o Caspellana, Giovanni & Sonia:  Catherine Bonilla, Paralegal Powers, McNalis, Torres & Teebagy P.O. Box 21289 West Palm Beach, FL 33416-1289 (561)588-3000  P  (561 588-3705 (fax) www.powersmcnalis.com  email: cbonilla@powersmcnalis.com    Deposed and Trial**

**Plaintiff - LEE vs IBM.  Alabama Laptop Fire, B Johnson, Red Mountain Law Group Johnston Law Group Johnston Law Firm, PC, The Landmark Center, 2100 First Avenue North, Suite 600, Birmingham, Alabama 35203 (205) 328-9445 Ext 600, F(800) 856-9028, brice@johnstonfirmpc.com**

**Plaintiff - Menser v FCA US, LLC, Eastern District Arkansas Western Division Case 4:15-CV-136 KGB, Martin Bowen, Bowen Law Firm, LLC 121 North Spring Street, Searcy AR 72143**

**Defense - Metal Conversion Technology, LLC vs Environmental Integrity Company and Charles Bailey Trucking, Inc. Rome Georgia, Steve Miller, Esq. Drew Eckl Farnham, LLC.**

**Defense, then Plaintiff - Dawna Kay Gold vs SureFire, LLC and Tenergy Corporation, Circuit Court of Rutherford County, Tennessee at Murfreesboro, Malcolm McCune, MCCUNE ZENNER HAPPELL PLLC Suite 120, Parkland, 5200 Maryland Way, Brentwood, TN 37027  mmccune@mzhlawfirm.com, (615) 425-3476 Office**

**Plaintiff - Timothy Schaub v TRAXXAS, State Farm and Casualty Insurance, Patrick O'Malley, Esq.  Keis George LLP, Cleveland, OH 44113, pomalley@keisgeorge.com**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Plaintiff - James and Candace Brown, et.al. v. VSHS, Inc et.al C/A No/;4:14-cv-4684-BHH, Vicious Teknology, TRAXXAS LP and Amazon.com, Inc,  Chris Moore, Richardson, Patrick Westbrook &Brinkman, LLCcmoore@rpwb.com 803 541 7857**

**Plaintiff - James and Dennilyn Peterson, State Farm Insurance vs. Hextronik Limited, Hobby King.com, Turnigy, Dynamic Model Design Limited, State of Michigan 17th Circuit Court for Kent County, Andy J. VanBronkhorst (616) 949-5700 ajv@vanhewpc.com**

**Plaintiff - Texas Farmers Insurance, Allen Neel vs. Techtronic Industries North America, One World Technologies, Inc. Ryobi Technologies, United States District Court Southern District of Texas Houston, Ronnie Pfeiffer (713)789-8870  ronniepfeiffer@comcast.net**

**Plaintiff - Gregory Ingram vs Blue Algorithm Inc. A Colorado Corporation d/b/a Vaper Tech, District Court, County of Denver, State of Colorado, Angela L. Ekker, (720) 931-3200 aekker@lathropgate.com**

**Defense - DRI Enterprises LTD dba National Ropers Supply c Trojan Battery Company, Frank Dale Construction Company CV16-12-1037, State of Texas 271st Judicial District Court, Wise County, Randy J. Hall, Esq., Walters, Balido & Crain**

**Plaintiff - Sentinel Insurance Co a/s/o Keystone Precision & Engineering v Dell, United States Circuit Court, District of Massachusetts, Case 1:16-cv-11962, John O'Brien, Jr., Robinson & Cole llp, jobrien@rc.com**

**Plaintiff - Gregory Ingram vs Blue Algorithm Inc. A Colorado Corporation d/b/a Vaper Tech, District Court, County of Denver, State of Colorado, Angela L. Ekker, (720) 931-3200 aekker@lathropgate.com**

**Plaintiff - Privilege Underwriters Reciprocal Exchange Inc. a/s/o Gurchan Dang v. HOBBICO, Circuit Court 10th Judicial Court for Collier County FL, Case No. 2016-CA-002012, Joseph Rich, Cozen O'Connor**

**Defense – Jay Wright, Plaintiff v Freedom Smoke USA, Superior Court, State of Arizona, County of Pima, Maria Lomeli, Schneider and Onofry, PC, 602-200-1294, mlomeli@soarizonalaw.com**



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Plaintiff – White Knight Investments LLC and Nathan Draheim v Tzumi Electronics, LLC, District Court, Fifth Judicial District, State of Minnesota, County of Blue Earth, Court File No.: 07-CV-17-3184, David Yarosh, 612-338-6000, Yost and Baill, dyarosh@yostbaill.com**

**Plaintiff –Kenneth Massey, George Massey as guardians, Trojan Battery, LLC, Textron, Inc. Meeting St. Expressd/b/a Metrolina Carts, LLC State of South Carolina, County of York, Garrett B. Johnson Elrod Pope Law Firm (03) 324-6126   gjohnson@elrodpope.com**

**Plaintiff – Vigilant Insurance Company a/s/o John and Mary Rundle, Plaintiff v Techtronic Industries, Co., LTD., et al,  United States District Court, Western District of Washington at Tacoma, 3:18-cv-05376-BHS, Lisa Myers, Cozen O'Connor, 206-224-1277, lmyers@cozen.com**

**Plaintiff – Vigilant Insurance Company a/s/o John and Mary Rundle, Plaintiff v Techtronic Industries, Co., LTD., et al, United States District Court, Western District of Washington at Tacoma, Jeffrey R. Williams, Esq., Riley Holmes & Cancila LLP, jwilliams@rshc-law.com**

**Plaintiff – State Farm Fire and Casualty a/s/o Donald Bolton v Ontel, Jonathon Levy, Cozen O'Connor, Chicago IL 312-474-1637, jlevy@cozen.com**

**Plaintiff – Nationwide Mutual Insurance Co. Plaintiff, vs. Makita U.S.A. Inc. Defendant, Attorneys for Plaintiff – Steven L. Smith, Esq., ssmith@subrosmith.com United States District Court for the Eastern District of Pennsylvania, Civil Action No. 5:17-02376**

**Plaintiff – Cassandra Skaggs vs. Amazon.com, Inc., and Amazon Fulfillment Services, Inc., and Amazon Web Services, Inc., and Amazon Services, LLC, and Talented & Gifted and HP Inc. of Palo Alto, California aka Hewlett-Packard Company, and Entergy Corporation, and Entergy Services, Inc., and Entergy Gulf States Louisiana, LLC, and Trinity Property Consultants/The Hub at Baton Rouge Defendants. 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. No.: C660176, Section 24. Attorney for Plaintiff – Mikalia M. Kott, Esq. mkott@hhklawfirm.com**

**Plaintiff – Vigilant Insurance Company a/s/o John and Mary Rundle, Plaintiff v Techtronic Industries, Co., LTD., et al, United States District Court, Western District of Washington**



2595 County Rd I, Saukville, WI 53080     560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

at Tacoma, Jeffrey R. Williams, Esq., Riley Holmes & Cancila LLP, jwilliams@rshc-law.com

Plaintiff – ALFA Mutual Insurance Company a/s/o Ryan and Erin McGinty, Plaintiff v. Samsung SDI Company, LTD., and Dell, Inc., United States District Court for the Northern District of Alabama, Northeastern Division, Civil Action 5:19cv518-LCB, Franklin P. Brannen, Jr., Lewis Brisbois Bisgaard & Smith LLP, frank.brannen@lewisbrisbois.com

Plaintiff (Deposed Twice) – Kovach v. Makita USA, Inc., United States District Court for Eastern District of Pennsylvania, Civil No.: 19-4969, Jesse Cohen, Smith and Cohen Law Group, JCohen@smithandcohenlawgroup.com

Plaintiff – Auto-Owners Insurance Company and T-Buck Properties, LLC. v. Makita USA, Inc., United States District Court for the Western District of Wisconsin, Civil No.: 3:20-cv-00220, Attorney for Plaintiff – Bradley J. Ayers, Morrison Sund, Attorneys at Law, bayers@morrisonsund.com

Plaintiff – Indiana Farm Bureau Insurance a/s/o Kenneth and Peggy Beckley v.Amazon.com, Inc., Guangdong Feilun Technology Industrial Co., LTD., SOWOFA US Store F/K/A SOWOFA CIUB, Michelle A. Cobourn-Baurley, McNeely Law, LLP, mcb@msth.com

(2) Plaintiff – Cassandra Skaggs vs. Amazon.com, Inc., and Amazon Fulfillment Services, Inc., and Amazon Web Services, Inc., and Amazon Services, LLC, and Talented & Gifted and HP Inc. of Palo Alto, California aka Hewlett-Packard Company, and Entergy Corporation, and Entergy Services, Inc., and Entergy Gulf States Louisiana, LLC, and Trinity Property Consultants/The Hub at Baton Rouge Defendants. 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. No.: C660176, Section 24. Attorney for Plaintiff – Mikalia M. Kott, Esq. mkott@hhklawfirm.com

Plaintiff – National Security Corporation a/s/o Dillon Duchsherer v Black & Decker (DeWalt), United States District Court for the District of North Dakota Western Division, Civil Action No 1:20-cv-00083, David J. Rosenberg, Weber Gallagher, drosenberg@wglaw.com



2595 County Rd I, Saukville, WI 53080        560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**Plaintiff – The Cincinnati Insurance Company, Terry A. Burgess DDS, Inc., D/B/A Madison Center for Dental Care, Auto Owners Insurance Company, et al v Samsung SDI Company, LTD., Samsung SDI America, Inc., Simplo Technology Company, LTD., Asustek Company, Inc., Asus Computer International, and Henry Schein, Inc., United States District Court for the Northern District of Alabama, Northeastern Division, Case No.: 5:17-cv-01688-LCB. David A. Lee, Parsons, Lee & Juliano, P.C. dlee@pljpc.com**

**Plaintiff – Erie Insurance a/s/o Roberts v Travelers, Matt Miller, Mmille22@travelers.com**

**Plaintiff – Philadelphia Insurance Company v Chauvet & Sons, LLC, individually and D/B/A Chauvet DJ, et al., United States District Court for the Eastern District of Pennsylvania, Civil Action, 2:20-cv-01277-CMR, Frank H. Stoy, fhs@pietragallo.com**

**(2) Plaintiff – ALFA Mutual Insurance Company a/s/o Ryan and Erin McGinty, Plaintiff v. Samsung SDI Company, LTD., and Dell, Inc., United States District Court for the Northern District of Alabama, Northeastern Division, Civil Action 5:19cv518-LCB, Franklin P. Brannen, Jr., Lewis Brisbois Bisgaard & Smith LLP, frank.brannen@lewisbrisbois.com**

**Plaintiff – Midwest Family Mutual a/s/o Bergen's Greenhouses, Inc. Bergen Real Estate, LLC and Riley and Ziniel, Inc. and Bergen's Greenhouses, Inc and Bergen Real Estate, LLC and Univeral Underwriters Insurance Company a/s/o of both Waldoch Crafts, Inc., and DLW Holding Company, Inc. v Techtronic Industries North America, Inc.: One World Technologies, Inc. d/b/a Ryobi; and The Home Depot, Inc. State of Minnesota, County of Anoka, District Court Tenth Judicial District, 02-CV-17-1672. Stanley E. Siegel, Atty, 250 Marquette Avenue South, Suite 800, Minneapolis, MN 55401, 612.305.7500**

**Plaintiff – Certain Underwriters at Lloyd's, London a/s/o Scott Sokolowski v Bissell, Inc., Case No: CL20002364-00, Virginia: In the Circuit Court for the City of Norfolk, Bissell Homecare, Inc., H. Robert Yates, III, Esq., O'Hagan Meyer, PLLC, 411 East Franklin Street, Suite 500, Richmond, VA 23219, 804-403-7100, RYates@ohaganmeyer.com**

**Plaintiff – State Farm Fire and Casualty Company a/s/o Robert Osborne and Robert Osborne and H. Suzanne Osborne, Husband and Wife, individually, and Robert Osborne as Parent and Next Friend of A.O., a minor, and Andrew Osborne, individually, v. Traxxas**



2595 County Rd I, Saukville, WI 53080          560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**LP, HRP Distributing Co., Amain.co Inc., and Amain.com, Inc. d/b/a Protek RC. Civil Action No: 1:20-cv-00271-IMK, United States District Court for the Northeastern District of West Virgina at Clarksburg. J. David Bolen, Esquire, Dinsmore and Shohl, LLP, 611 Third Avenue, Huntington, West Virginia 25722, David.bolen@dinsmore.com, 304-529-6181.**

**Plaintiff – State Farm Lloyds, as subrogee of Heath Welch and Demrie Henry v. Hope Deport U.S.A. Inc., Techtronics Industries North America, Inc., One World Technologies, Inc., and Ryobi Technologies, Inc., United States District Court for the Northern District of Texas, Dallas Division, Case No.3:21-cv-00059, J. Chandler Bailey, Lightfoot, Franklin & White, LLC, Birmingham, AL 205.581.0700, cbailey@lightfootlaw.com**



2595 County Rd I, Saukville, WI 53080         560 Technology Way, Suite 7 Saukville, WI 53080
Office(262) 421-8300  Lab/Shop/Fax (262) 235-4068

**ETP Fee Schedule**

**Fire Investigation Services**

| | |
|---|---|
| Mike Eskra, Principle | $450.00/Hr + Expenses |
| Travel Time (Principle, Portal to Portal) | $300.00 |
| Research Assistant/Engineer | $225.00/Hr + Expenses |
| Travel Time (Research Assistant/Engineer, Portal to Portal) | $150.00 |
| Technician | $150.00 |
| Retainer, if required, per estimate, or | $3,500.00 |

Telephone/Skype Conferences are billed at the hourly rate in 15-Minute increments or any part thereof

Live Conferences/Meetings are billed at the hourly rate in 15-Minute increments or any part thereof

Depositions, in person, by video, or audio are billed at the hourly rate

- All expenses are invoiced as actual.
- All payments due 10 days after invoice date. Invoicing will be via email
- Late Fees of 20% apr will accrue after 30 days and every 30 days thereafter.
- Retainer, if required, is per retainer agreement.
- By retaining ETP as your experts, you have entered into a contract to abide by the payment
  terms set forth above.

Federal Tax ID  39-1863080

All Payments to:       Eskra Technical Products, Inc
                       2595 Hwy I
                       Saukville, WI 53080

                       Mike Eskra
                       Cell phone (262) 707- 5855