IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MACALUSO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPLE INC., | : | NO. 21-1361 |
| Defendant | : | |

**ORDER**

**AND NOW,** this 21st day of July, 2023, upon consideration of Plaintiff's Motion to Preclude Defendant's Experts (Doc. No. 33), and Defendant's Response (Doc. No. 41), as well as the representations of counsel at the October 25, 2022 Oral Argument, it is hereby **ORDERED** that Plaintiff's Motion (Doc. No. 33) is **DENIED** for the reasons set forth in the accompanying memorandum of this date.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE