IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MACALUSO, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPLE INC., | : | NO. 21-1361 |
| *Defendant* | : | |

## ORDER

AND NOW, this 21st day of July, 2023, upon consideration of Defendant's Motion to Exclude Testimony of David Klitsch and Michael Eskra (Doc. No. 34), Plaintiff's Response (Doc. No. 43), Defendant's Reply (Doc. No. 45), Plaintiff's Surreply (Doc. No. 48, and the parties' supplemental briefing (Docs. No. 56 & 58), as well as the representations of counsel at the October 25, 2022 Oral Argument, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 34) is **DENIED** in part and **GRANTED** in part for the reasons set forth in the accompanying memorandum of this date.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE