## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MACALUSO,            :
           *Plaintiff,*        :        **CIVIL ACTION**
           :
       v.                 :
           :
APPLE INC.,                :        **NO. 21-1361**
           *Defendant*       :

## O R D E R

**AND NOW**, this ⁂ day of July, 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 35), Plaintiff's Response (Doc. No. 42), Defendant's Reply (Doc. No. 46), Plaintiff's Surreply (Doc. No. 49), and the parties' additional supplemental briefing (Docs. No. 56 & 58), as well as the representations of counsel at the October 25, 2022 Oral Argument, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 35) is **DENIED** in part and **GRANTED** in part for the reasons set forth in the accompanying memorandum of this date.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE